# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>UNDER SEAL</u> |
| | : | |
| v. | : | INDICTMENT |
| | : | |
| MIHIR PATEL and | : | CRIMINAL NO. 5:26-CR-_____ |
| HIMANSHUBHAI BAROT | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1349 i/c/w |
| | : | 18 U.S.C. § 1341 |
| | : | 8 U.S.C. § 1325(a)(1) |
| | : | 8 U.S.C. § 1325(a)(2) |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## <u>COUNT ONE</u>
### (Conspiracy to Commit Mail Fraud)

That beginning on or about March 1, 2021, and continuing through on or about March 16, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### MIHIR PATEL
### and
### HIMANSHUBHAI BAROT

did knowingly combine, conspire, confederate, and agree with each other and with others, both known and unknown to the Grand Jury, to commit an offense against the United States, that is: to knowingly and willfully devise a scheme and artifice to defraud and obtain money by means of false and fraudulent pretenses, representations, and promises, and to use an in interstate carrier to mail and cause to be mailed some matter or thing for purpose of executing the scheme to defraud, in violation of Title 18, United States Code, Section 1349 in connection with Title 18, United States Code, Section 1341.

1

## Manner and Means of the Conspiracy

1. Beginning sometime on or about March 1, 2021, and continuing through on or about March 15, 2021, unknown co-conspirators placed telephone calls to various victims located throughout the United States and the co-conspirators stated falsely that they were with law enforcement or other government organization and that the victim needed to send a large amount of cash in order to protect their legal and financial interests.

2. The co-conspirators instructed the victims to send cash to a "David Williams" (with one victim incorrectly sending their package to "Daniel Williams") at various addresses associated with various stores within the Middle District of Georgia.

3. On or about March 15, 2021, each of the victims listed below sent cash in the amounts outlined below in the packages outlined below from and to the locations listed below.

| Victim | Amount of cash sent | Method of Shipment | Location sent from | Location sent to |
|---|---|---|---|---|
| R.S. | $20,500.00 | Federal Express | Oregon | David Williams Perry, Georgia |
| C.J.F. | $10,000.00 | Federal Express | Nevada | David Williams, Perry, Georgia |
| J.F. | $16,000.00 | United Parcel Service | Maryland | David Williams Warner Robins, Georgia |
| R.M. | $10,000.00 | Federal Express | New York | David Williams Kathleen, Georgia |
| D.W. | $20,000.00 | United Parcel Service | California | Daniel Williams Macon, Georgia |
| W.K. | $10,000.00 | United Parcel Service | California | David Williams Warner Robins, Georgia |
| R.K. | $30,000.00 | Federal Express | Minnesota | David Williams Warner Robins, Georgia |

4. Each package listed above was delivered to its respective location within the Middle District of Georgia on or about March 16, 2021.

5. On or about March 16, 2021, **HIMANSHUBHAI BAROT** and **MIHIR PATEL** set out to, and did, drive together to various locations in the Middle District of Georgia to retrieve the packages outlined above.

6. On March 16, 2021, **MIHIR PATEL** was in possession of a fake identification card bearing the name of David Williams, which he used to retrieve packages from various locations.

7. **HIMANSHUBHAI BAROT** and **MIHIR PATEL** communicated with known and unknown co-conspirators to get information on what packages to pick up. After obtaining a package, **HIMANSHUBHAI BAROT** and **MIHIR PATEL** would take photographs and videos of the packages being opened and the cash inside. **HIMANSHUBHAI BAROT** and **MIHIR PATEL** would send these pictures and videos to their co-conspirators.

## COUNT TWO
### (Illegal Entry)

That beginning at a date unknown, and continuing thereafter, up to and including March 16, 2021, in the Macon Division of the Middle District of Georgia and elsewhere,

### HIMANSHUBHAI BAROT

who was then and there an alien, did enter the United States at any time and place other than as designated by immigration officers and did elude examination and inspection by immigration officers; all in violation of Title 8, United States Code, Sections 1325(a)(1) and 1325(a)(2).

## FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

3

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1349 in connection with Title 18, United States Code, Section 1341 set forth in Count One of this Indictment, the defendants,

**MIHIR PATEL**
**and**
**HIMANSHUBHAI BAROT**

shall forfeit to the United States of America any property, real or personal, which constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of said violation(s) including but not limited to a money judgment in an amount to be determined.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of March, 2026.

Deputy Clerk

5