**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 5:26-CR-7-MTT-CHW** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MIHIR PATEL and** | **:** | |
| **HIMANSHUBHAI BAROT** | **:** | |
| | **:** | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court

that the case should be unsealed,

HEREBY ORDERS that the case is be unsealed in its entirety.

SO ORDERED this 13th day of March, 2026.



s/Amelia G. Helmick
AMELIA G. HELMICK
UNITED STATES MAGISTRATE JUDGE